UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOCELYN BAILEY, | CASE NO. C24-5961-KKE |
| Plaintiff(s), | DISMISSAL ORDER |
| v. | |
| GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant(s). | |

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

Dated this 6th day of February, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1